**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KINGRALE COLLINS
ADC #SK945**                                                                                      **PLAINTIFF**

v.                                  **5:10-cv-00290 BSM/JTR**

**J. BANKS**                                                                                             **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to plaintiff's failure to timely and properly comply with the September 29, 2010, order. It is also certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED this 30th day of December, 2010.


_____
UNITED STATES DISTRICT JUDGE